No. 87–5660. CORDEIRO *v.* CONNER ET AL., *ante,* p. 970. Petition for rehearing denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

JANUARY 14, 1988

No. 86–1621. AMERICAN STANDARD INC. ET AL. *v.* STEEL VALLEY AUTHORITY. C. A. 3d Cir. Certiorari dismissed under this Court's Rule 53.